**LOCK REALTY CORPORATION IX, Plaintiff–Appellant,**

v.

**AMERICARE LIVING CENTERS III, LLC, et al., Defendants–Appellees.**

No. 14–1313.

United States Court of Appeals, Seventh Circuit.

Submitted June 10, 2014.*

Decided June 12, 2014.

Timothy Maher, Alice Jane Springer, Barnes & Thornburg LLP, South Bend, IN, for Plaintiff–Appellant.

Jeffery A. Johnson, Robert J. Palmer, May, Oberfell & Lorber, Mishawaka, IN, for Defendants–Appellees.

---

* This successive appeal has been submitted to the original panel under Operating Procedure 6(b). After examining the briefs and the rec-

Before DIANE P. WOOD, Chief Judge WILLIAM J. BAUER, Circuit Judge FRANK H. EASTERBROOK, Circuit Judge.

### Order

Last year we issued an opinion that began: "These appeals represent the end of the line for a long-running dispute over a nursing——home lease between Lock Realty Corporation IX (the lessor) and U.S. Health (the lessee) and Americare (the lessee's assignee)." *Lock Realty Corp. IX v. U.S. Health, L.P.*, 707 F.3d 764, 766 (7th Cir.2013). Lock Realty did not see things that way. It promptly filed another suit concerning the same lease. The suit was removed to federal court and dismissed as barred by claim preclusion (res judicata). 2014 WL 129323, 2014 U.S. Dist. LEXIS 4329 (N.D.Ind. Jan. 13, 2014). Lock Realty has appealed.

It is enough to repeat what we said last year: Our decision *was* "the end" for this dispute, and Lock Realty should have left well enough alone. For substantially the reasons given by the district court, the judgment is affirmed.

ord, we have concluded that oral argument is unnecessary. See Fed. R.App. P. 34(a); Cir. R. 34(f).